UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                              CHAPTER 11
                                                    Case No. 08-12666 MG

        PACE PRODUCT SOLUTIONS, INC.,

                      Debtor
-----------------------------------------------------------X

## LIST OF EQUITY SECURITY HOLDERS PURSUANT TO
## RULE 1007(a)(3) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Name and Last Known Address of Equity Interest Holder
Kind of Interest
Number of Interests Held:

Boaz Bagbag
304 East 78th Street, Apt. 5F
New York, New York 10021
Equity:  236 shares of no par value stock (78.66% ownership)

Asher Alcobi
250 East 65th Street
New York, NY 10021
Equity:  64 shares of no par value stock (21.33% ownership)

## DECLARATION UNDER PENALTY OF PERJURY

     I, the undersigned authorized officer of Pace Product Solutions, Inc., named as the debtor in this case, declare under penalty of perjury that I have reviewed the "List of Equity Security Holders" and that it is true and correct to the best of my knowledge, information and belief.

Dated: July 17, 2008

                                                    /s/ Boaz Bagbag_____
                                                 Name: Boaz Bagbag
                                                 Title: President