# Lowenstein Sandler

ATTORNEYS AT LAW

Bruce Buechler
Member of the Firm

Tel  973 597 2308
Fax  973 597 2309

bbuechler@lowenstein.com

July 21, 2008

VIA EMAIL

The Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
Room 504
New York, NY 10004

Re:    **Pace Product Solutions, Inc.**
       **Case No. 08-12666(MG)**

Dear Judge Glenn:

We represent Summa Capital Corp. ("Summa"), a secured creditor in the above-referenced Chapter 11 case filed on July 10, 2008 and the movant for an Order granting relief from the automatic stay and related relief (the "Motion") that was heard by Your Honor on July 21, 2008.

Summa greatly appreciates Your Honor's efforts to foster settlement discussions between the parties at the close of yesterday's hearing.  Unfortunately, Summa was unable to reach an agreement with the Debtor as a result of the Debtor's history of evading prior Orders of the New York State Supreme Court and other pre-petition and post-petition actions by the Debtor and its principal, Mr. Bagbag, that have contributed to a total breakdown of trust.  Accordingly, Summa respectfully requests that, in the event the Court grants relief in favor of Summa, the present injunction issued orally from the bench against the Debtor and its directors, officers, and employees from using any portion of Summa's collateral continue until this matter is restored to active status before the New York State Supreme Court.

Respectfully submitted,

Bruce Buechler

SBK:dkm

16039/7
07/22/08 9274305.2

cc:    Daniel Katzner, Esq. (via E-mail and Facsimile)
       Susan Golden, Esq., Office of the United States Trustee (via E-mail and Facsimile)

Lowenstein Sandler PC                                                                www.lowenstein.com

65 Livingston Avenue  Roseland, NJ 07068  Tel 973 597 2500  Fax 973 597 2400          Boston  New York  Palo Alto  Roseland