UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:

PACE PRODUCT SOLUTIONS, INC.,

                   Debtor.

Chapter 11

Case No. 08-12666 (MG)

-------------------------------------------------------X

**ORDER DELAYING RULING ON MOTION TO LIFT THE AUTOMATIC STAY
UNTIL AFTER HEARING ON MOTION TO APPOINT TRUSTEE**

      Creditor Summa Capital Corp. filed a motion for relief from the automatic stay on July 16, 2008. ECF Doc. # 3. On July 17, 2008, the Court entered an order shortening notice of hearing on the lift stay motion and setting the hearing for Monday, July 21, 2008 at 2:00 p.m. ECF Doc. # 5. Opposition papers were filed by Debtor's counsel on the morning of July 21, 2008, ECF Doc. # 11, and the Court heard evidence and argument regarding the lift-stay motion at the July 21 hearing.

      After the July 21, 2008 hearing, the United States Trustee submitted to chambers an Order to Show Cause re: Appointment of a Chapter 11 or Chapter 7 Trustee. The Court signed the Order to Show Cause and set the OSC down for hearing for Thursday, July 24, 2008 at 2:00 p.m.

      The Court shall defer ruling on Summa Capital Corp.'s motion for relief from the automatic stay until after hearing the United States Trustee's motion for appointment of a Chapter 7 or Chapter 11 trustee.

      During the July 21 hearing, the Court orally issued an order restraining and enjoining the debtor and debtor's officers and employees, from transferring,

encumbering, or otherwise dissipating any estate assets which constitute the collateral for debtor's obligations to Summa Capital Corp.  It is hereby

ORDERED, that the Court's order issued from the bench at the July 21, 2008 hearing shall remain in full force and effect pending further order from the Court.

Dated: New York, New York
      July 23, 2008

                                                /s/Martin Glenn
                                             MARTIN GLENN
                                   United States Bankruptcy Judge