# LAW OFFICE OF ROBERT JAY GUMENICK, P.C.

A PROFESSIONAL CORPORATION
160 BROADWAY • SUITE 1100
NEW YORK, NEW YORK 10038
(212) 608-7478   FAX (212) 608-7759
robert@gumenicklaw.com

July 23, 2008

Hon. Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York  10004-1408

        Re:  *In re: Pace Product Solutions, Inc., debtor*
               *Chapter 11*
               *Case No.  08-12666 (MG)*

Dear Judge Glenn:

      This office represents 122 Street Slash, LLC, the owner and landlord of the property located at 122 School Street, Yonkers New York (the "Property").  The Property is used as the Debtor's headquarters and warehouse.   The Debtor occupies the Property pursuant to a month to month oral agreement.  The Debtor has at least four months of prepetition rent accrued and as the Court may recall, due to the interest of Summa Capital, has no free cash from which to pay normal operating expenses, including ongoing month to month rent.  Moreover, no cash collateral motion has been filed and the Court enjoined any use of cash collateral by the Debtor.

      I write at the instruction of your courtroom deputy to request permission to schedule the landlord's motion to amend, vacate or modify the automatic stay for 2 o'clock PM tomorrow, July 24, 2008.  The purpose of this request is that I believe that the allegations in the motion will prove helpful to the Court in addressing the Trustee's motion and that the facts to be alleged by my client will be useful to all parties at this juncture.

      It is hoped that the landlord's motion will be filed by late afternoon.   We have no issue with the Court holding a preliminary hearing or adjourning the motion for fuller treatment.

Thank you for your consideration of this request.

Very truly yours,

LAW OFFICE OF ROBERT J. GUMENICK, PC

By: _____
Robert J. Gumenick

cc:    122 Street Slash, LLC
Susan D. Golden, United States Trustee
Bruce S. Nathan, Esq.
Daniel M. Katzner, Esq.