UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
In re:

                                   Case No.: 08-12666 (MG)

        Pace Product Solutions, Inc.        Chapter 7

                  Debtor
-----------------------------------------------------------------------X

## ORDER GRANTING MOTION OF 122 STREET SLASH, LLC FOR ENTER OF ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND RELATED RELIEF

       Upon consideration of the motion of 122 Street Slash, LLC for Entry of an Order granting Relief from the Automatic Stay and for related relief dated July 29,2008 and the Declaration of Eyal Alfi in support thereof, and proper notice having been given to all required parties, and this Court having determined and found that the relief requested in the Motion is proper and that cause exists for the relief requested therein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

       ORDERED, that the Motion is GRANTED as provided herein, and it is further,

       ORDERED, that the automatic stay under section 362 of the Bankruptcy Code is hereby vacated to permit 122 Street Slash, LLC to exercise all rights and remedies under applicable law to enforce its rights to recover possession of premises occupied by the Debtor as a month to month tenant/occupant located at 122 School Street, Yonkers, New York, including but not limited to serving and filing any and all required predicate notices and all other pleadings and proceedings; and it is further

       ORDERED, that the relief provided herein is effective and enforceable immediately upon entry of this Order, without any delay, and this Court

hereby orders such immediate effectiveness and enforceability

notwithstanding any provision of the Federal Rules of Bankruptcy Procedure

or other applicable rule or law; and it is further

ORDERED, that the requirement set forth in S.D.N.Y.

L.B.R. 9013-1(b) to file a separate memorandum of law is waived.


Dated:      August 20, 2008

New York, New York

/s/ Martin Glenn
HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE