AMENDED SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address,, including zip code, and the last four digits of any account number of all entities holding unsecured claims without priority against the debtor or property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  Do not include claims listed in Schedules D and E. . If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. 112; Fed. R. Bankr. P. 1007(m).  If all creditors will not fit on this page, use continuation sheets.

If the claim is contingent, place an "X" in the column labeled "CONTINGENT." If the claim is unliquidated, place an "X" in the column labeled "UNLIQUIDATED." If the claim is disputed, place an "X" in the column labeled "DISPUTED." You may need to place an X in more than one of these three columns. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also in the Summary of Schedules.

[ ] Check this box if the debtor has no creditors holding unsecured claims to report on this Schedule F.

**This Amended Schedule F is being filed for the purpose of adding the creditor listed below.  All other creditors as listed on the Schedule F that was previously filed shall remain the same and are not being listed herein simply for the purposes of efficiency.  The original Schedule was filed by Pace Product Solutions, Inc., by and through its attorney, Daniel M. Katzner, Esq. (Bar No: DK9689), on September 16, 2008, with Case Number 08-12666 MG.**

| Creditor's Name and Mailing Address Including Zip Code And Account Number | CODEBTOR | HWJC | Date Claim Was Incurred And Consideration for Claim If Claim is Subject to Setoff, so State | CONTINGENT | UNLIQUIDATED | DISPUTED | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Acct No.<br>Prime Automotive Parts Co., Inc.<br>c/o Paul S. Groschadl, Esq.<br>700 Crossroads Building<br>Rochester, NY 14614 | | | Various dates, loan to business | | | X | $101,141 |
| Acct No. xxxxx2077<br>Genera Corporation<br>c/o Alice Yeh<br>26 Centerpointe Drive, Suite 100<br>La Palma, CA 90623 | | | Various dates, loan to business | | | X | $14,892 |
| Creditors listed on original Schedule F filed on September 16, 2008 | | | Various dates, same as listed in original petition | | | | $3,190,000 |
| | | | | | | | $3,306,033   TOTAL |

(Report total also on Summary of Schedules)

Dated:  10/06/2008 _____                    By:  /s/ Daniel M. Katzner
                                                       Daniel M. Katzner, Esq. (DK9689)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
In re:                                                  :
                                                        :
PACE PRODUCT SOLUTIONS, INC.                            :   Chapter 7 Case No.
                                                        :
                                                        :   **08-12666 MG**
                   Debtor.                              :
                                                        :
-----------------------------------------------------------------------x

## **VERIFICATION**

I, Boaz Bagbag, the President of the Corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing Amended Schedule F and that I declare that they are true and correct to the best of my knowledge, information and belief.

Date  10/06/2008                    /s/   Boaz Bagbag
                                    Boaz Bagbag, President