**LAW OFFICES OF DANIEL M. KATZNER, PC**
Daniel M. Katzner (DK9689)
1025 Longwood Avenue
Bronx, NY 10459
Tel.: (718) 589-3999

Counsel to the Debtor

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | HEARING DATE:   January 6, 2008 |
| **SOUTHERN DISTRICT OF NEW YORK** | HEARING TIME:   11:00 A.M. |

---------------------------------------------------------X

In re:                                                                  Chapter 7

Pace Product Solutions, Inc.                           Case No. 08-12666 (MG)


                        Debtor
-----------------------------------------------------------X

### NOTICE OF HEARING ON FIRST AND FINAL APPLICATION OF THE LAW OFFICES OF DANIEL M. KATZNER, P.C., AS ATTORNEYS FOR DEBTOR, FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED DURING THE FEE PERIOD FROM JULY 10, 2008 THROUGH JULY 24, 2008

PLEASE TAKE NOTICE that the debtor, Pace Product Solutions, Inc. (the "Debtor"), by and through its attorney, The Law Offices of Daniel M. Katzner, P.C. ("Katzner"), filed with the court a "First and Final Application of The Law Offices of Daniel M. Katzner, P.C., as Attorneys for Debtor, for Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred During the Fee Period from July 10, 2008 Through July 24, 2008" for compensation for professional services in the aggregate amount of $7,720.00 and for reimbursement of actual expenses incurred in connection with the rendition of such services in the aggregate amount of $1,089.00 (the "Application").

PLEASE TAKE FURTHER NOTICE that a hearing on said Application will be held on January 6, 2008 at 11:00 a.m. before the Honorable Martin Glenn in the courtroom located at the

United States Bankruptcy Court for the Southern District of New York, Room 501, United States Customs House, One Bowling Green, New York, New York 10004 (the "Hearing").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application must be filed with the Clerk of the Bankruptcy Court and served no later than 4:00 P.M. on January 2, 2008 on (i) The Law Offices of Daniel M. Katzner, P.C., 1025 Longwood Avenue, Bronx, New York 10459 (Attn: Daniel M. Katzner, Esq.); (ii) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq.); (iii) Togut, Togut & Segal, One Penn Plaza, New York, New York 10119 (Attn: Neil Berger, Esq.); and (iv) Lowenstein Sandler, PC, 1251 Avenue of the Americas, 18th Floor, New York, New York 10020 (Attn: Bruce Nathan, Esq.).

PLEASE TAKE FURTHER NOTICE that any objections to the Application must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-182 (General Order M-182 and the User's Manual for the Electronic Case Filing System can be found at www.nysb.ucourts.gov, the official website for the Bankruptcy Court) by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), Wordperfect or any other Windows-based word processing format, with a hard-copy of the same delivered directly to Chambers.

Dated: Bronx, New York
December 8, 2008

/s/ Daniel M. Katzner
Daniel M. Katzner, Esq. (DK9689)
Attorney for the Debtor
1025 Longwood Avenue
Bronx, NY 10459
Tel.: (718) 589-3999