**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: Pace Product Solutions, Inc.                CASE NO.: 08–12666–mg

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 7
20–3041414

---

# ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Albert Togut is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: October 14, 2011

                                           Martin Glenn, Bankruptcy Judge

United States Bankruptcy Court
Southern District of New York

In re:                                                                                          Case No. 08-12666-mg
Pace Product Solutions, Inc.                                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0208-1        User: aho            Page 1 of 1              Date Rcvd: Oct 14, 2011
                            Form ID: 149         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 16, 2011.
db          +Pace Product Solutions, Inc.,   304 East 78th Street, Apt. 5F,   New York, NY 10075-2226
ust         +United States Trustee,   33 Whitehall Street,   21st Floor,   New York, NY 10004-2122

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 16, 2011**                    **Signature:**    *Joseph Speetjens*